UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | | Case No.   3:05CV233 |
| Plaintiff, | : | |
| | | Judge Thomas M. Rose |
| v. | : | |
| | | |
| 2004 Cadillac Deville<br>VIN #1G6KD54Y54U246487, et al | : | |
| | : | |
| Defendant. | | |

### ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution on the grounds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation and prosecution.

The Court hereby finds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution.  Consequently,  IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and all dates shall be stayed until further order of the Court.  Government is to provide the Court a status report on the above captioned matter every six months.

April 2, 2007                                                        **s/THOMAS M. ROSE**

_____
Thomas M. Rose
United States District Judge