**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:05CV233 |
| Plaintiff, | : | Judge: Thomas M. Rose |
| v. | : | |
| 2004 CADILLAC DEVILLE VIN#1G6KD54Y54U246487, et al. | : | |
| | : | |
| Defendants. | | |

**DEFAULT JUDGMENT AND DECREE OF FORFEITURE**
**AGAINST THE SOLE REMAINING DEFENDANT,**
**DEFENDANT (4) BANK ONE ACCT#****2888 and**
**POTENTIAL CLAIMANTS, ALLEN SNOW, MILDRED SNOW**
**and DOUGLAS SNOW**

Upon the United States' Motion for Default Judgment and Decree of Forfeiture Against the

Sole Remaining Defendant, Defendant (4) Bank One Acct#****2888 and Potential Claimants, Allen

Snow, Mildred Snow and Douglas Snow filed January 21, 2010, (Doc. #42) ,

IT IS  HEREBY ORDERED, ADJUDGED AND DECREED  that:

(1) the Defendant Bank One Acct#****2888 is hereby forfeited to the United States of

America pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 21 U.S.C. § 881(a)(6);

(2) all claims and interests including those of Potential Claimants Allen Snow, Mildred

Snow and/or Douglas Snow against Defendant (4) Bank One Acct#****2888 are forever

foreclosed and barred;

(3) the forfeited asset(s) shall be disposed of in accordance with the law; and

(4) this case is hereby terminated on the record.

**s/Thomas M. Rose**

Date: January 21, 2010                                   _____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE